**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA SANCHEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHURCH'S CHICKEN, *et al*.,<br><br>　　　　　　　　　Defendants. | Case No. 20-cv-01720-BAS-JLB<br><br>**ORDER GRANTING EXTENSION OF SERVICE PERIOD** |

　　　The Court recently issued an Order to Show Cause why this action should not be dismissed for failure to prosecute after Plaintiff attempted to amend her Complaint without demonstrating that service was timely completed within 90 days. (ECF No. 5.) Before the Court is Plaintiff's response explaining that due to Plaintiff's counsel's medical emergency requiring hospitalization and a positive case of COVID-19 at counsel's firm, Plaintiff requires additional time to complete service. (Resp., ECF No. 8; Decl. of Richard Alan Smith ¶¶ 5–7, ECF No. 8-1.)

　　　Under Federal Rule of Civil Procedure 4(m), "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." "At a minimum, 'good cause' means excusable neglect." *Boudette v. Barnette*, 923 F.2d 754, 756 (9th Cir. 1991). Indeed, "district courts have broad discretion under General Rule 4(m) to extend time for service even without a showing of good cause." *United States v. 2,164 Watches, More or Less Bearing a Registered Trademark of Guess?, Inc.*, 366 F.3d 767,

772 (9th Cir. 2004) (citing *In re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001)).  A district court may also extend time for service retroactively after service period has expired.  *See Mann v. American Airlines*, 324 F.3d 1088, 1090 (9th Cir. 2003).

Given the severity of counsel's medical issues and mindful of the ongoing complications posed by the COVID-19 pandemic, the Court finds that good cause exists for an extension.  *See Livesley v. City of Springfield*, No. 6:18-CV-01023-AA, 2019 WL 310121, at *3 (D. Or. Jan. 22, 2019) (holding that severe medical conditions constitute good cause under Rule 4(m)).  Thus, Plaintiff shall have until **January 21, 2021**, to complete service of the Summons and Complaint on Defendant.  Plaintiff must file a proof of service no later than **January 22, 2021** showing that service was timely completed.  No further extensions of time to complete service will be granted.

**IT IS SO ORDERED.**

**DATED: January 7, 2021**

Hon. Cynthia Bashant
United States District Judge