**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA SANCHEZ,<br><br>                                    Plaintiff,<br><br>   v.<br><br>CHURCH'S CHICKEN, *et al*.,<br><br>                                    Defendants. | Case No. 20-cv-01720-BAS-JLB<br><br>**ORDER:**<br><br>**(1) TERMINATING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AS MOOT (ECF No. 10);**<br><br>**AND**<br><br>**(2) DIRECTING CLERK TO FILE FIRST AMENDED COMPLAINT (ECF No. 10-1)** |

Before the Court is Plaintiff's Motion for Leave to Amend the Complaint ("Motion"). (ECF No. 10.) Plaintiff seeks to add James Hubert Keynon Trust, the landlord of the property on which Defendant Church's Chicken operates, as a party defendant. (*Id.*)

Plaintiff recently filed a Proof of Service of Summons and Complaint showing that Defendant Church's Chicken was personally served on December 24, 2020. (ECF No. 11.) Plaintiff filed the instant Motion and attached the proposed First Amended Complaint ("FAC"), on January 14, 2021, 21 days after serving it. (ECF No. 10.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), a party may amend its pleading once as a matter of course within 21 days of service. Thus, Plaintiff does not require leave of Court to file her FAC.

As such, Plaintiff's Motion (ECF No. 10) is **TERMINATED AS MOOT**. The Clerk is instructed to file Plaintiff's FAC (ECF No. 10-1) on the public docket. Because the FAC names an additional party defendant, the Clerk shall also issue an amended summons.

Plaintiff shall have until **March 9, 2021** to serve the amended summons and FAC on all Defendants and file a proof of service with the Court. *See Efaw v. Williams*, 473 F.3d 1038, 1040 (9th Cir. 2007) (holding that "[d]istrict courts have broad discretion to extend time for service under Rule 4(m)[,]" including "to grant an extension of time to serve the complaint after" the 90-day service period). Plaintiff's failure to timely comply with this deadline will result in dismissal of her action.

**IT IS SO ORDERED.**

**DATED: February 23, 2021**

Hon. Cynthia Bashant
United States District Judge